1
2
3
4
5

Center for Disability Access
Dennis J. Price, Esq., SBN 279082
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

6

Attorneys for Plaintiff

7

8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16
17

**Scott Johnson,**

        Plaintiff,

  V.

**Seaboard Ave. Investments, LLC**,
A California Limited Liability
Company; And Does 1-10,

        Defendant.

**Case No**. 3:20-CV-08049-JD

**Plaintiff's Notice of Motion and Motion for Relief from Dismissal**

**Date:**       April 11, 2022
**Time:**      10:30 AM
**Ctrm:**      11 (19th Floor)

Hon. Judge James Donato

18

19

20
21
22
23

      Please take notice that on April 11, 2022, at 13:00 AM at the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, in Courtroom 11, Plaintiff Scott Johnson will and hereby does move this Court for relief from the Order of Dismissal.

24
25
26
27
28

      Plaintiff hereby moves this court pursuant to the Court's Order dated January 12, 2022, as well as under the authority of Federal Rule of Civil Procedure 60(b)(6). The matter was provisionally settled on January 11, 2022. However, despite multiple attempts, and diligent action by the plaintiff, settlement has not

Notice of Motion & Motion to Reopen
08049-JD

3:20-CV-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

been consummated. Thus, Plaintiff moves to have this case reopened and returned to the active calendar so that Plaintiff may file a motion to enforce the terms of the settlement.

This Motion is supported by the Declaration of Amanda Seabock, the exhibits attached thereto, the Memorandum of Points and Authorities, and oral argument, if any.

Dated: March 11, 2022                              CENTER FOR DISABILITY ACCESS

                                          By: _/s/ *Amanda Seabock*_
                                                 Amanda Seabock
                                                 Attorney for Plaintiff

Notice of Motion & Motion to Reopen                                           3:20-CV-
08049-JD