CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KATHRYN T. CAMERLENGO (SBN: 305042)
kcamerlengo@grayduffylaw.com
RICHARD M. WILLIAMS (SBN: 68032)
rwilliams@grayduffylaw.com
GRAY • DUFFY, LLP
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065
Telephone: (650) 365-7343
Facsimile: (650) 365-6225
Attorneys for Defendant Seaboard Avenue Investments, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>SEABOARD AVE. INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>         Defendant. | Case: 3:20-CV-08049-JD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 6, 2022

CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: May 6, 2022

GRAY • DUFFY, LLP

By: /s/Kathryn T. Camerlengo
Kathryn T. Camerlengo
Attorneys for Defendant
Seaboard Avenue Investments, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Kathryn T. Camerlengo, counsel for Seaboard Avenue Investments, LLC, and that I have obtained Kathryn T. Camerlengo authorization to affix her electronic signature to this document.

Dated: May 6, 2022                    CENTER FOR DISABILITY ACCESS

                                             By:   /s/Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff